UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Marcel C. Bristol,

        Plaintiff(s),    **ORDER**
                CV ()(WDW)

  -against-

Nassau County, et al.,

        Defendant(s).
-------------------------------------------------------------------X

**WALL, Magistrate Judge:**

  Before the court is a motion by the pro se plaintiff to reconsider the order of 10/15/08, granting the defendants' motion for an extension of time to answer or otherwise move. The court has reconsidered the order and upon reconsideration adheres to the original determination. The court understands that the motion was granted before Mr. Bristol was able to enter opposition. In their motion, the defendants noted that the plaintiff is incarcerated, that they were unable to contact him directly, that several of the defendants had not yet been served, and that the deadline for answering was imminent. In the usual course, the court will await opposition from parties on motions, but the circumstances of this motion warranted immediate disposition, and the court adheres to its decision. The defendants are directed to serve a copy of this order on the pro se plaintiff upon receipt and to file proof of service with the court.

Dated: Central Islip, New York    **SO ORDERED:**
    June 17, 2008

                /s/ William D. Wall
                WILLIAM D. WALL
                United States Magistrate Judge